UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>　　　　　Defendant. | Civil Action No. 24-1232 (CJN) |

## JOINT STATUS REPORT

Plaintiff Public Citizen and Defendant U.S. Department of Labor (the "Department"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's August 16, 2024, Minute Order.

1.　　This is a Freedom of Information Act ("FOIA") case. The case concerns a December 6, 2023, FOIA request seeking records related to the Department's coordinated enforcement regulation, 29 C.F.R. § 42.20. Plaintiff filed its complaint on April 26, 2024, and Defendant timely answered on July 2, 2024.

2.　　Defendant completed its search for responsive records and made its final response to Plaintiff's FOIA request on August 8, 2024. The Department identified one document comprised of five pages that is responsive to Plaintiff's FOIA request, and released those pages in full, without redactions.

3.　　On September 11, 2024, Defendant provided Plaintiff with a description of the search conducted by the agency. On September 17, 2024, Plaintiff informed Defendant that it is satisfied with the search and that the only remaining issue is attorneys' fees and costs, and Plaintiff

provided Defendant with a proposal for resolving that issue. Defendant is considering Plaintiff's proposal.

4.      In accordance with the Court's Minute Order of August 16, 2024, the parties will file an additional joint status report by December 8, 2024, if the case has not been terminated before then.

Dated:  October 8, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

*/s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)
Lauren E. Bateman (DC Bar No. 1047285)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
mkirkpatrick@citizen.org

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Christina O'Tousa*
CHRISTINA O'TOUSA, D.C. Bar #241667
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437
christina.o'tousa@usdoj.gov

*Counsel for Plaintiff*

*Attorneys for the United States of America*

2