UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN,

   Plaintiff,

 v.              Civil Action No. 24-1232 (CJN)

U.S. DEPARTMENT OF LABOR,

   Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: December 9, 2024      Respectfully submitted,
    Washington, DC

              MATTHEW M. GRAVES, D.C. Bar #481052
              United States Attorney

*/s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar No. 486293)  BRIAN P. HUDAK
Lauren E. Bateman (DC Bar No. 1047285)   Chief, Civil Division
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009       By: */s/ Christina O'Tousa*
(202) 588-7728          CHRISTINA O'TOUSA, D.C. Bar #241667
mkirkpatrick@citizen.org      Assistant United States Attorney
              601 D Street, NW
              Washington, DC 20530
*Counsel for Plaintiff*        (202) 252-2437
              christina.o'tousa@usdoj.gov

              *Attorneys for the United States of America*